CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v. | DOCKET NO.<br>**21-05810MJ** |
| **Anas Mamoun Al Zoubani** DOB: 1996; Syria | MAGISTRATE'S CASE NO. |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about May 5, 2021, in the District of Arizona, **Anas Mamoun Al Zoubani**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Josue Lopez-Chocho, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about May 5, 2021, in the District of Arizona, **Anas Mamoun Al Zoubani**, knowing and in reckless disregard of the fact that certain illegal aliens, including Josue Lopez-Chocho, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 19, 2021, an off-duty corrections officer reported to the Douglas Border Patrol Station that he saw several people attempting to load into a 2016 blue BMW 320 but the group got scared and did not get into the vehicle. The BMW continued to drive towards Douglas. On or about May 5, 2021, in the District of Arizona, Douglas Border Patrol Station broadcasted to be on the lookout for the blue BMW which was seen traveling north on SR-80, north of Tombstone. United States Border Patrol Agents (BPA) suspected that the BMW had possibly picked up noncitizens. a BPA spotted the BMW traveling northbound SR-80 near the San Pedro river and followed it. The BPA observed the BMW passing other vehicles and it appeared that the driver, later identified as **Anas Mamoun Al Zoubani**, was attempting to create distance from the BPA. The BPA was not able to catch up to the vehicle but saw when it abruptly turned into the Sahara Motel in Benson, Arizona. The BPA followed the BMW into the parking lot where **Al Zoubani** immediately exited his vehicle and began to walk away from the BMW. The BPA activated his emergency lights and directed the driver to get back into the vehicle. The BPA conducted immigration inspections on all of the vehicle occupants. **Al Zoubani** said he was a U.S. Citizen but record shows that he is a citizen from Syria and a Lawfully Admitted Permanent Resident. The BPA encountered a front seat passenger and two additional passengers in the back seat All three passengers admitted they were in the U.S. illegally, including Josue Lopez-Chocho. Inside the trunk, BPA found a Smith and Wesson M&P 15 rifle, several .223 rounds, and a magazine inside a rifle case.

Records checks revealed that Josue Lopez-Chocho did not have the proper immigration documentation to enter or remain in the U.S. legally. Lopez was previously removed from the U.S. on March 6, 2009.

In a post-*Miranda* statement, **Al Zoubani** said he had seen an ad on Facebook indicating that you could make money by giving people a ride. He inquired about the job on May 4, 2021 and was told he would be paid $500 USD per person transported to Phoenix. Today, he left Phoenix and traveled toward Tombstone area. The subject coordinating the event sent him a "pin" location of where to pick up the group and was instructed to sound his horn once. Three subjects came out of the brush next to the highway and got inside his vehicle. He doesn't speak Spanish and communicated with them via Google Translate on his phone. **Al Zoubani** said he stopped at the hotel because he became nervous about the actions he was taking and was instructed to drop the subjects off at the hotel where he was encountered. **Al Zoubani** claimed he did not know they were noncitizens but admitted he was previously arrested for the same thing. Records show that **Al Zoubani** was arrested on March 9, 2021 transporting three noncitizens near Gila Bend, Arizona.

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri  *[signature]*<br>**Sworn by telephone  x** | SIGNATURE OF COMPLAINANT  *[signature]*<br>OFFICIAL TITLE<br>Border Patrol Agent |
| SIGNATURE OF MAGISTRATE JUDGE[1]  *Lynnette C. Kimmins [signature]* | DATE<br>May 6, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54